# PRELIMINARY REHAB ESTIMATE

*Note - this scope is based on observed conditions at subject property.  Not all units were available for inspection. In some instances where direct observation was not possible, the scope has been extrapolated based on observed conditions.  All scope items and prices should be confirmed by and contracts obtained from licensed and insured contractors prior to proceeding with any rehab project.*

| Location: | 6849 S Ada | | | | | # Units | # Insp. |
|---|---|---|---|---|---|---|---|
| | | | | | | Studio | Studio |
| Type of building + # Flrs: | 3-story walk up building with corridor | | | | | 1 Br.  4 | 1 Br.  1 |
| Date inspected: | 29-May-09 | | | | | 2 Br.  22 | 2 Br.  4 |
| Building Footprint: | | | | | | 3 Br. | 3 Br. |
| Inspector: | R Casas | | | | | 4 Br. | 4 Br. |
| Report Date: | 6/9/2009 | | | | | Commercial 5 | Commercial 1 |
| | | | | | Total | 35 | 5 |

| Building Section | | Quantity | Unit of Measure | Cost | | Totals: | |
|---|---|---|---|---|---|---|---|
| **I. GENERAL** | | | | | | | |
| Plans: | Set of Full Architectural Drawings | 1 | EA. | $ | 15,000.00 | $ | 15,000.00 |
| | | 0 | | $ | - | $ | |
| | | | | | TOTAL | $ | 15,000.00 |
| Permits: | Repair and Replace Permit | 1000 | /thousand | $ | 10.00 | $ | 10,000.00 |
| | | | | | | $ | - |
| | | | | | TOTAL | $ | 10,000.00 |
| Demolition: | | | | | | | |
| | Misc. Demo - 3 man crew/day | 35 | Day | $520.00 | | $ | 18,200.00 |
| | Dumpster | 5 | EA. | $425.00 | | $ | 2,125.00 |
| | Interior Gut | | S.F. | $2.00 | | $ | - |
| | Cabinet & Fixture Gut | 35 | APT. | $400.00 | | $ | 14,000.00 |
| | | | | | TOTAL | $ | 34,325.00 |
| Environmental / Extermination | | | | | | $ | |
| | | 1 | EA | $ | 2,000.00 | $ | 2,000.00 |
| | | | | | TOTAL | $ | 2,000.00 |
| **II. EXTERIOR** | | | | | | | |
| Framing: | | | | | | $ | - |
| | | | | | | $ | - |
| | | | | | TOTAL | $ | - |
| Brickwork / Lintels: | Extensive parapet work needed, as well as lintel replacement | 1 | allow. | $ | 30,000.00 | $ | 30,000.00 |
| | Spotpointing | 5000 | S.F. | $1.35 | | $ | 6,750.00 |
| | Cleaning | | S.F. | $1.00 | | $ | - |
| | Brick Rebuild  (single wythe) | | S.F. | $25.00 | | $ | - |
| | Parapet Rebuild (Triple Wythe) | | S.F. | $40.00 | | $ | - |
| | Lintels | | L.F. | $125.00 | | $ | - |
| | | | | | TOTAL | $ | 36,750.00 |

| Building Section | | Quantity | Unit of Measure | Cost | Totals: |
|---|---|---|---|---|---|
| Windows: | | | | | |
| | Screen Replacement | 100 | EA. | $25.00 | $  2,500.00 |
| | Vinyl Replacement w/cladding | 100 | EA. | $250.00 | $  25,000.00 |
| | Aluminum Replacement w/cladding | | EA. | $250.00 | $  - |
| | Glass Block w/vent | | EA. | $300.00 | $  - |
| | | | | TOTAL | $  27,500.00 |
| Exterior Paint/Siding: | | | | | |
| | | | | | $  - |
| | | | | | $  - |
| | | | | TOTAL | $  - |
| Roof: | | | | | |
| | | | | | $  - |
| | | | | | $  - |
| | Silver Coat Roof | 9000 | S.F. | $0.50 | $  4,500.00 |
| | Tear-off & Replace | | S.F. | $5.00 | $  - |
| | Re-roof Over | | S.F. | $3.50 | $  - |
| | Insulation  (R38-blown-in) | | S.F. | $1.25 | $  - |
| | | | | TOTAL | $  4,500.00 |
| Gutters / Downspouts: | | | | | |
| | 5" galvanized gutters and downspouts | 100 | LF/Gutter | $20.00 | $  2,000.00 |
| | | | | TOTAL | $  2,000.00 |
| Porches: | | | | | |
| | 2-story wood, replace | | EA. | $15,000.00 | $  - |
| | 3-story wood,repairs | 3 | EA. | $5,000.00 | $  15,000.00 |
| | | | | TOTAL | $  15,000.00 |
| Concrete/Paving: | | | | | |
| | Walks | 500 | S.F. | $6.00 | $  3,000.00 |
| | Parking Pads  (concrete) | | S.F. | $7.00 | $  - |
| | Asphalt | | S.F. | $3.00 | $  - |
| | | | | TOTAL | $  3,000.00 |
| Fencing / Landscaping: | | | | | |
| | Wrought Iron | 100 | L.F. | $40.00 | $  4,000.00 |
| | Chain Link | | L.F. | $15.00 | $  - |
| | | | | TOTAL | $  4,000.00 |
| Porch / Yard Lighting: | | | | | |

| Building Section | | Quantity | Unit of Measure | Cost | Totals: |
|---|---|---|---|---|---|
| | Front entry Lighting, replace | 3 | EA. | $ 150.00 | $ 450.00 |
| | Yard Security Light Fixture, replace | 5 | EA. | $250.00 | $ 1,250.00 |
| | Porch Landing Fixture, replace | 18 | EA. | $50.00 | $ 900.00 |
| | | | | TOTAL | $ 2,600.00 |
| | | | | | |
| III. COMMON AREAS | | | | | |
| | | | | | |
| Entrance Doors & Vestibules: | | | | | |
| | | | | | |
| | | | | | |
| | Wood w/sidelite | | EA. | $1,000.00 | $ - |
| | Wood w/no sidelite | 3 | EA. | $500.00 | $ 1,500.00 |
| | Metal w/sidelite | 3 | EA. | $3,000.00 | $ 9,000.00 |
| | Aluminum, storefront style | | EA. | $1,800.00 | $ - |
| | | | | TOTAL | $ 10,500.00 |
| | | | | | |
| | | | | | |
| Mailboxes / Intercoms: | | | | | |
| | | | | | |
| | | | | | |
| | Replace mailboxes | 30 | Apt. | $20.00 | $ 600.00 |
| | Replace intercom hall & apt. panels | 30 | Apt. | $200.00 | $ 6,000.00 |
| | | | | TOTAL | $ 6,600.00 |
| | | | | | |
| Elevator: | | | | | $ - |
| | | | | | $ - |
| | | | | TOTAL | $ - |
| | | | | | |
| Stairway Repair & Decorating: | | | | | |
| | | | | | |
| | | | | | |
| | Stairhall Painting | 3 | EA. | $1,000.00 | $ 3,000.00 |
| | Stairhall Carpet | 3 | EA. | $1,000.00 | $ 3,000.00 |
| | | | | TOTAL | $ 6,000.00 |
| | | | | | |
| Stair, Corridor / Lighting / S.D. | | | | | |
| | | | | | |
| | Regular hall lighting fixtures | 18 | EA. | $ 60.00 | $ 1,080.00 |
| | Battery Packs, replace | 18 | EA. | $150.00 | $ 2,700.00 |
| | | | | TOTAL | $ 3,780.00 |
| | | | | | |
| Corridor Repair & Decorating: | | | | | $ - |
| | Decorating, exit signs | 3 | E.A. | $ 5,000.00 | $ 15,000.00 |
| | | | | TOTAL | $ 15,000.00 |
| | | | | | |
| | | | | | |
| Basement: | | | | | |
| | | | | | |
| | | | | | |
| | Repair Basement Ceiling drywall; | | S.F. | $2.00 | $ - |
| | Basement, exterior steel doors | 4 | EA. | $500.00 | $ 2,000.00 |
| | | | | TOTAL | $ 2,000.00 |

| Building Section | | Quantity | Unit of Measure | Cost | Totals |
|---|---|---|---|---|---|
| Insulation: | | | | | $ - |
| | | | | | $ - |
| | | | | TOTAL | $ - |
| **IV. SYSTEMS** | | | | | |
| Electrical: (indicate Svc. size & avg. # circuit breakers) | | | | | |
| SVC = 600 amps; # 1/20,2/15 ft. | | | | | |
| | Complete new electrical system | 31 | EA. | $4,000.00 | $ 124,000.00 |
| | Ceiling Fixtures, replace | | EA. | $60.00 | $ - |
| | Install combo, hardwired smoke/C.O. detectors | | EA. | $200.00 | $ - |
| Plumbing: | | | | TOTAL | $ 124,000.00 |
| | | | | | $ - |
| | | | | | $ - |
| | Complete Plumbing System | 31 | E.A | $4,500.00 | $ 139,500.00 |
| | Repair stack leaks in various basements | | allow. | | $ - |
| | | | | TOTAL | $ 139,500.00 |
| Heating: | | | | | |
| | Recommend replacing complete system due to extensive leakage | | L.F. | $15.00 | $ - |
| | Recommend high efficency indivisual systems, | | | | $ - |
| | 6-12 Units | 35 | APT. | $5,000.00 | $ 175,000.00 |
| | 12-24 Replace both boilers, if inspection warrants | | APT. | $1,200.00 | $ - |
| | Over 24 | | APT. | $1,000.00 | $ - |
| | Thermostatic Control | | EA. | $3,000.00 | $ - |
| | Building Water Heater | | EA. | $4,000.00 | $ - |
| | Individual Water Heater | | EA. | $375.00 | $ - |
| | | | | TOTAL | $ 175,000.00 |
| Fire Sprinkler/ Alarm Systems: | | | | | |
| | Security Cameras, replace | 35 | EA. | $350.00 | $ 12,250.00 |
| | | | | TOTAL | $ 12,250.00 |
| **V. SITE WORK** | | | | | |
| **VI. INDIVIDUAL UNITS** | | | | | |
| | A new owner will have to do apt. work of the following magnitude. | | | | |
| | All apartments are in severe disrepair. | 35 | EA. | $20,000.00 | $ 700,000.00 |
| | A gut job will be necessary. The commercial spaces will | | | TOTAL | $ 700,000.00 |
| | have independent mechanical systems, with vanilla boxes, ready for bluid out of prospective tenants. | | | | |
| Rough Carpentry: | | | | | $ - |
| | | | | | $ - |
| | | | | TOTAL | $ - |
| Drywall / Plaster: | | | | | |
| | Drywall or Plaster & Patch-- | | S.F. | $2.00 | $ - |

| Building Section | | | Quantity | Unit of Measure | Cost | Totals: |
|---|---|---|---|---|---|---|
| | | | | | | $ - |
| | | | | | TOTAL | $ - |
| | Floor Covering, (Indicate projected number of apts. and avg. S.F. of product Refinishing, Repair: per apt.) | | | | | |
| | | | | | | |
| | Carpet | ts. | | S.F. | $2.00 | $ - |
| | V.C.T. comm'l grade w/undrlymt | ts. | | S.F. | $3.00 | $ - |
| | Refinish Hardwood Floors | s. | | S.F. | $1.50 | $ - |
| | Ceramic Tile Floors | s. | | S.F. | $7.50 | $ - |
| | | | | | TOTAL | $ - |
| | Doors: | | | | | |
| | | | | | | |
| | Storm Door | | | EA. | $225.00 | $ - |
| | Security Storm Door | | | EA. | $300.00 | $ - |
| | Apartment Entry Doors  (metal) | | | EA. | $425.00 | $ - |
| | Bi-fold Closet Doors | | | EA. | $120.00 | $ - |
| | Interior Hollow Core Pre-Hung | | | EA. | $200.00 | $ - |
| | | | | | TOTAL | $ - |
| | Trim: | | | | | $ - |
| | | | | | | $ - |
| | | | | | TOTAL | $ - |
| | Baths: | | | | | |
| | | | | | | |
| | Bath Exhaust Fan | | | EA. | $75.00 | $ - |
| | Vanity Faucet | | | EA. | $75.00 | $ - |
| | Tub Faucet w/Shower | | | EA. | $300.00 | $ - |
| | Medicine Cabinet w/Light | | | EA. | $150.00 | $ - |
| | Bathroom Vanity w/Top | | | EA. | $225.00 | $ - |
| | Ceramic Tile Tub Surround | | | EA. | $300.00 | $ - |
| | | | | | TOTAL | $ - |
| | Kitchens: | | | | | |
| | | | | | | |
| | Cabinets (wall & base set) & Counters ____ apts. x ____ LF | | | L.F. | $150.00 | $ - |
| | Faucets - Kit | | | EA. | $150.00 | $ - |
| | Dbl. Bowl Sink, Faucet & Shut offs | | | EA. | $300.00 | $ - |
| | Kit Exhaust Fan | | | EA. | $125.00 | $ - |
| | | | | | TOTAL | $ - |
| | Appliances: | | | | | |
| | | | | | | |
| | Refrigerator | | | EA. | $450.00 | $ - |
| | Stove | | | EA. | $400.00 | $ - |
| | | | | | TOTAL | $ - |
| | Painting / Decorating: | | | | | |

| Building Section | | Quantity | Unit of Measure | Cost | Totals: | |
|---|---|---|---|---|---|---|
| | Window Blinds  avg. ____apts. X ____ wdws/ea. | | EA. | $35.00 | $ | - |
| | Apartment Paint | | EA. | $1,000.00 | $ | - |
| | | | | TOTAL | $ | - |
| | | | | | | |
| VII. SECURITY | | | | | | |
| | | | | | | |
| VIII Code Corrections | | | allowance | | $ | - |
| | | | | | | |
| | Subtotal: | | | | | |
| | Contractor's Overhead & Profit (20%) | | | #DIV/0! | $ | 1,351,305.00 |
| | Subtotal: | | | | #DIV/0! | $ | 270,261.00 |
| | Contingency factor (10%) | | | #DIV/0! | $ | 1,621,566.00 |
| | | | | #DIV/0! | | $162,156.60 |
| | Total: | | | | | |
| | | | | #DIV/0! | $ | 1,783,722.60 |

# PRELIMINARY REHAB ESTIMATE

*Note - this scope is based on observed conditions at subject property. Not all units were available for inspection. In some instances where direct observation was not possible, the scope has been extrapolated based on observed conditions. All scope items and prices should be confirmed by and contracts obtained from licensed and insured contractors prior to proceeding with any rehab project.*

| Location: | 6848-58 S Throop | | | | # Units | # Insp. |
|---|---|---|---|---|---|---|
| | | | | | Studio | Studio |
| Type of building + # Flrs: | 3-story walk up building with corridor | | | | 1 Br. 4 | 1 Br. 1 |
| Date inspected: | 29-May-09 | | | | 2 Br. 22 | 2 Br. 6 |
| Building Footprint: | | | | | 3 Br. | 3 Br. |
| Inspector: | R Casas | | | | 4 Br. | 4 Br. |
| Report Date: | 6/9/2009 | | | | Commercial 5 | Commercial 1 |
| | | | | Total | 35 | 8 |

| | Building Section | | Quantity | Unit of Measure | Cost | Totals: |
|---|---|---|---|---|---|---|
| **I.** | **GENERAL** | | | | | |
| | Plans: | Set of Full Architectural Drawings | 1 | EA. | $ 15,000.00 | $ 15,000.00 |
| | | | 0 | | $ - | $ - |
| | | | | | TOTAL | $ 15,000.00 |
| | | | | | | |
| | Permits: | Repair and Replace Permit | 1000 | /thousand | $ 10.00 | $ 10,000.00 |
| | | | | | | $ - |
| | | | | | TOTAL | $ 10,000.00 |
| | | | | | | |
| | Demolition: | | | | | |
| | | | | | | |
| | | Misc. Demo - 3 man crew/day | 35 | Day | $520.00 | $ 18,200.00 |
| | | Dumpster | 5 | EA. | $425.00 | $ 2,125.00 |
| | | Interior Gut | | S.F. | $2.00 | $ - |
| | | Cabinet & Fixture Gut | 35 | APT. | $400.00 | $ 14,000.00 |
| | | | | | TOTAL | $ 34,325.00 |
| | | | | | | |
| | Environmental / Extermination | | | | | $ - |
| | | | 1 | EA | $ 2,000.00 | $ 2,000.00 |
| | | | | | TOTAL | $ 2,000.00 |
| | | | | | | |
| **II.** | **EXTERIOR** | | | | | |
| | Framing: | | | | | $ - |
| | | | | | | $ - |
| | | | | | TOTAL | $ - |
| | | | | | | |
| | Brickwork / Lintels: | Extensive parapet work needed, as well as lintel replacement | 1 | allow. | $ 25,000.00 | $ 25,000.00 |
| | | | | | | |
| | | Spotpointing | 5000 | S.F. | $1.35 | $ 6,750.00 |
| | | Cleaning | | S.F. | $1.00 | $ - |
| | | Brick Rebuild (single wythe) | | S.F. | $25.00 | $ - |
| | | Parapet Rebuild (Triple Wythe) | | S.F. | $40.00 | $ - |
| | | Lintels | | L.F. | $125.00 | $ - |
| | | | | | TOTAL | $ 31,750.00 |

1 of 6  Updated cost estimate report FORMAT as of 4.24.07

| Building Section | | Quantity | Unit of Measure | Cost | Totals: |
|---|---|---|---|---|---|
| Windows: | | | | | |
| | | | | | |
| | | | | | |
| | Screen Replacement | 100 | EA. | $25.00 | $ 2,500.00 |
| | Vinyl Replacement w/cladding | 100 | EA. | $250.00 | $ 25,000.00 |
| | Aluminum Replacement w/cladding | | EA. | $250.00 | $ - |
| | Glass Block w/vent | | EA. | $300.00 | $ - |
| | | | | TOTAL | $ 27,500.00 |
| | | | | | |
| Exterior Paint/Siding: | | | | | |
| | | | | | $ - |
| | | | | | $ - |
| | | | | TOTAL | $ - |
| | | | | | |
| Roof: | | | | | |
| | | | | | |
| | | | | | $ - |
| | | | | | $ - |
| | Silver Coat Roof | 9000 | S.F. | $0.50 | $ 4,500.00 |
| | Tear-off & Replace | | S.F. | $5.00 | $ - |
| | Re-roof Over | | S.F. | $3.50 | $ - |
| | Insulation (R38-blown-in) | | S.F. | $1.25 | $ - |
| | | | | TOTAL | $ 4,500.00 |
| | | | | | |
| Gutters / Downspouts: | | | | | |
| | | | | | |
| | | | | | |
| | 5" galvanized gutters and downspouts | 200 | LF/Gutter | $20.00 | $ 4,000.00 |
| | | | | TOTAL | $ 4,000.00 |
| | | | | | |
| Porches: | | | | | |
| | | | | | |
| | | | | | |
| | 2-story wood, replace | | EA. | $15,000.00 | $ - |
| | 3-story , Repair and Paint metal porches | 3 | EA. | $6,000.00 | $ 18,000.00 |
| | | | | TOTAL | $ 18,000.00 |
| | | | | | |
| Concrete/Paving: | | | | | |
| | | | | | |
| | | | | | |
| | Walks | 500 | S.F. | $6.00 | $ 3,000.00 |
| | Parking Pads (concrete) | | S.F. | $7.00 | $ - |
| | Asphalt | | S.F. | $3.00 | $ - |
| | | | | TOTAL | $ 3,000.00 |
| | | | | | |
| Fencing / Landscaping: | | | | | |
| | | | | | |
| | | | | | |
| | Wrought Iron/ Repairs | 50 | L.F. | $40.00 | $ 2,000.00 |
| | Chain Link | | L.F. | $15.00 | $ - |
| | | | | TOTAL | $ 2,000.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| Porch / Yard Lighting: | | | | | |

| Building Section | | | Quantity | Unit of Measure | Cost | | Totals: |
|---|---|---|---|---|---|---|---|
| | | Front entry Lighting, replace | 3 | EA. | $ | 150.00 | $ | 450.00 |
| | | Yard Security Light Fixture, replace | 5 | EA. | $250.00 | $ | 1,250.00 |
| | | Porch Landing Fixture, replace | 18 | EA. | $50.00 | $ | 900.00 |
| | | | | | TOTAL | $ | 2,600.00 |
| | | | | | | | |
| III. COMMON AREAS | | | | | | | |
| | | | | | | | |
| | Entrance Doors & Vestibules: | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | Wood w/sidelite | | EA. | $1,000.00 | $ | - |
| | | Wood w/no sidelite | 3 | EA. | $500.00 | $ | 1,500.00 |
| | | Metal w/sidelite | 3 | EA. | $3,000.00 | $ | 9,000.00 |
| | | Aluminum, storefront style | | EA. | $1,800.00 | $ | - |
| | | | | | TOTAL | $ | 10,500.00 |
| | | | | | | | |
| | Mailboxes / Intercoms: | | | | | | |
| | | | | | | | |
| | | Replace mailboxes | 30 | Apt. | $20.00 | $ | 600.00 |
| | | Replace intercom hall & apt. panels | 30 | Apt. | $200.00 | $ | 6,000.00 |
| | | | | | TOTAL | $ | 6,600.00 |
| | | | | | | | |
| | Elevator: | | | | | $ | - |
| | | | | | | $ | - |
| | | | | | TOTAL | $ | - |
| | | | | | | | |
| | Stairway Repair & Decorating: | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | Stairhall Painting | 3 | EA. | $1,000.00 | $ | 3,000.00 |
| | | Stairhall Carpet | 3 | EA. | $1,000.00 | $ | 3,000.00 |
| | | | | | TOTAL | $ | 6,000.00 |
| | | | | | | | |
| | Stair, Corridor / Lighting / S.D. | | | | | | |
| | | | | | | | |
| | | Regular hall lighting fixtures | 18 | EA. | $ | 60.00 | $ | 1,080.00 |
| | | Battery Packs, replace | 18 | EA. | $150.00 | $ | 2,700.00 |
| | | | | | TOTAL | $ | 3,780.00 |
| | | | | | | | |
| | Corridor Repair & Decorating: | | | | | $ | - |
| | | Decorating, exit signs | 3 | E.A. | $ | 5,000.00 | $ | 15,000.00 |
| | | | | | TOTAL | $ | 15,000.00 |
| | | | | | | | |
| | Basement: | | | | | | |
| | | | | | | | |
| | | Repair Basement Ceiling drywall; | | S.F. | $2.00 | $ | - |
| | | Basement, exterior steel doors | 4 | EA. | $500.00 | $ | 2,000.00 |
| | | | | | TOTAL | $ | 2,000.00 |

| Building Section | | Quantity | Unit of Measure | Cost | | Totals: |
|---|---|---|---|---|---|---|
| Insulation: | | | | | $ | - |
| | | | | | $ | - |
| | | | | TOTAL | $ | - |
| **IV. SYSTEMS** | | | | | | |
| | | | | | | |
| Electrical: | (Indicate Svc. size & avg. # circuit breakers) | | | | | |
| | SVC = 600  hps; #  1/20,2/15  ft. | | | | | |
| | | | | | | |
| | Complete new electrical system | 31 | EA. | $4,000.00 | $ | 124,000.00 |
| | Ceiling Fixtures, replace | | EA. | $60.00 | $ | - |
| | Install combo, hardwired smoke/C.O. detectors | | EA. | $200.00 | $ | - |
| | | | | TOTAL | $ | 124,000.00 |
| Plumbing: | | | | | $ | - |
| | | | | | $ | - |
| | Complete Plumbing System | 31 | E.A | $4,500.00 | $ | 139,500.00 |
| | Repair stack leaks in various basements | | allow. | | $ | - |
| | | | | TOTAL | $ | 139,500.00 |
| Heating: | | | | | | |
| | | | | | | |
| | Recommend replacing complete system due to extensive leakage | | L.F. | $15.00 | $ | - |
| | Recommend high efficency indivisual systems. | | | | $ | - |
| | 8-12 Units | 35 | APT. | $5,000.00 | $ | 175,000.00 |
| | 12-24  Replace both boilers, if inspection warrants | | APT. | $1,200.00 | $ | - |
| | Over 24 | | APT. | $1,000.00 | $ | - |
| | Thermostatic Control | | EA. | $3,000.00 | $ | - |
| | Building Water Heater | | EA. | $4,000.00 | $ | - |
| | Individual Water Heater | | EA. | $375.00 | $ | - |
| | | | | TOTAL | $ | 175,000.00 |
| Fire Sprinkler/ Alarm Systems: | | | | | | |
| | | | | | | |
| | | | | | | |
| | Security Cameras, replace | 35 | EA. | $350.00 | $ | 12,250.00 |
| | | | | TOTAL | $ | 12,250.00 |
| **V. SITE WORK** | | | | | | |
| | | | | | | |
| **VI. INDIVIDUAL UNITS** | | | | | | |
| | **A new owner will have to do apt. work of the** | | | | | |
| | **following magnitude.** | | | | | |
| | All apartments are in severe disrepair. | 35 | EA. | $20,000.00 | $ | 700,000.00 |
| | A gut job will be necessary. The commercial spaces will | | | TOTAL | $ | 700,000.00 |
| | have independent mechanical systems, with vanilla boxes, ready | | | | | |
| | for build out of prospective tennants. | | | | | |
| Rough Carpentry: | | | | | $ | - |
| | | | | | $ | - |
| | | | | TOTAL | $ | - |
| Drywall / Plaster: | | | | | | |
| | | | | | | |
| | | | | | | |
| | Drywall or Plaster & Patch-- | | S.F. | $2.00 | $ | - |

| Building Section | | Quantity | Unit of Measure | Cost | Totals: |
|---|---|---|---|---|---|
| | | | | | $ - |
| | | | | TOTAL | $ - |
| | | | | | |
| Floor Covering, (Indicate projected number of apts. and avg. S.F. of product Refinishing, Repair: per apt.) | | | | | |
| | | | | | |
| | Carpet ___ ts. | | S.F. | $2.00 | $ - |
| | V.C.T. comm'l grade w/undrlymt ___ ts. | | S.F. | $3.00 | $ - |
| | Refinish Hardwood Floors ___ ts. | | S.F. | $1.50 | $ - |
| | Ceramic Tile Floors ___ ts. | | S.F. | $7.50 | $ - |
| | | | | TOTAL | $ - |
| | | | | | |
| Doors: | | | | | |
| | | | | | |
| | Storm Door | | EA. | $225.00 | $ - |
| | Security Storm Door | | EA. | $300.00 | $ - |
| | Apartment Entry Doors (metal) | | EA. | $425.00 | $ - |
| | Bi-fold Closet Doors | | EA. | $120.00 | $ - |
| | Interior Hollow Core Pre-Hung | | EA. | $200.00 | $ - |
| | | | | TOTAL | $ - |
| | | | | | |
| Trim: | | | | | $ - |
| | | | | | $ - |
| | | | | TOTAL | $ - |
| | | | | | |
| Baths: | | | | | |
| | | | | | |
| | Bath Exhaust Fan | | EA. | $75.00 | $ - |
| | Vanity Faucet | | EA. | $75.00 | $ - |
| | Tub Faucet w/Shower | | EA. | $300.00 | $ - |
| | Medicine Cabinet w/Light | | EA. | $150.00 | $ - |
| | Bathroom Vanity w/Top | | EA. | $225.00 | $ - |
| | Ceramic Tile Tub Surround | | EA. | $300.00 | $ - |
| | | | | TOTAL | $ - |
| | | | | | |
| Kitchens: | | | | | |
| | | | | | |
| | Cabinets (wall & base set) & Counters ___ apts. x ___ LF | | L.F. | $150.00 | $ - |
| | Faucets - Kit | | EA. | $150.00 | $ - |
| | Dbl. Bowl Sink, Faucet & Shut offs | | EA. | $300.00 | $ - |
| | Kit Exhaust Fan | | EA. | $125.00 | $ - |
| | | | | TOTAL | $ - |
| | | | | | |
| Appliances: | | | | | |
| | | | | | |
| | Refrigerator | | EA. | $460.00 | $ - |
| | Stove | | EA. | $400.00 | $ - |
| | | | | TOTAL | $ - |
| | | | | | |
| Painting / Decorating: | | | | | |

| | Building Section | | Quantity | Unit of Measure | Cost | Totals: |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | Window Blinds avg. ____ apts. X ____ wdws/ea. | | EA. | $35.00 | $ |
| | | Apartment Paint | | EA. | $1,000.00 | $ |
| | | | | | TOTAL | $ |
| | | | | | | |
| VII. | SECURITY | | | | | |
| | | | | | | |
| VIII | Code Corrections | | | | | |
| | | | | allowance | | $ |
| | | | | | | |
| | | Subtotal: | | | | |
| | | Contractor's Overhead & Profit (20%) | | | #DIV/0! | $ 1,349,305.00 |
| | | Subtotal: | | | #DIV/0! | $269,861.00 |
| | | Contingency factor (10%) | | | #DIV/0! | 1,619,166.00 |
| | | | | | #DIV/0! | $161,916.60 |
| | | Total: | | | | |
| | | | | | #DIV/0! | $ 1,781,082.60 |